UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-21349-CIV-MORENO

THE LAW OFFICES OF DAVID J. STERN, P.A.,

    Plaintiff,

vs.

BANK OF AMERICA CORP.,

    Defendant.
_____/

### ORDER GRANTING MOTION TO INTERVENE

THIS CAUSE came before the Court upon Fannie Mae's Motion to Intervene and Stay Portion of Case Pending Arbitration **(D.E. No. 14)**, filed on **May 13, 2011** and the Notice of Joint Stipulation **(D.E. No. 28)** filed on **July 12, 2011**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Fannie Mae was seeking to intervene in this action filed by the Stern Law Firm for the purpose of staying the claims arising from work performed by the Stern firm on Fannie Mae's loans. Both parties agree that those claims are subject to arbitration between the Stern firm and Fannie Mae. The Stern Firm, the Plaintiff, has agreed to sever those claims from this case so that those claims could proceed in arbitration.

Due to the volume of the loans in this case, the Stern Firm and Fannie Mae indicate that they need a few weeks time to identify the claims that are to be severed from this case. Accordingly, the Stern Firm and Fannie Mae are required to file a report with the Court by no later than **September**

**14, 2011** indicating what claims the parties are agreeing to submit to arbitration.

DONE AND ORDERED in Chambers at Miami, Florida, this /9/ day of July, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record